No. 832. SEAGO, ADMINISTRATRIX, *v.* NEW YORK CENTRAL RAILROAD Co. See *ante*, p. 781.

No. 799. UNITED STATES *v.* JOHNSON; and
No. 800. UNITED STATES *v.* SOMMERS ET AL. February 2, 1942.
MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Arnold Raum, J. Louis Monarch, Gordon B. Tweedy,* and *Earl C. Crouter* for the United States. *Messrs. Floyd E. Thompson* and *William J. Dempsey* for respondent in No. 799; and *Mr. John Elliott Byrne* for respondents in No. 800.

No. 798. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. February 9, 1942. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Ralph H. Case, James S. Y. Ivins,* and *Richard B. Barker* for petitioner. *Solicitor General Fahy* and *Messrs. Roger P. Marquis* and *Archibald Cox* for the United States.

No. 826. FEDERAL TRADE COMMISSION *v.* RALADAM COMPANY. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Rockwell T. Gust* for respondent.

No. 841. REEVES *v.* BEARDALL, EXECUTOR. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Dan-*

*iel Burke* for petitioner. *Messrs. Charles R. Scott* and *Charles P. Dickinson* for respondent.

No. 848. STEWART ET AL. *v.* UNITED STATES. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. J. M. Mannon, Jr., A. Crawford Greene,* and *Robert L. Lipman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Oscar A. Provost, H. G. Ingraham,* and *Philip Buettner* for the United States.

No. 830. SEMINOLE NATION *v.* UNITED STATES. February 16, 1942. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Paul M. Niebell, C. Maurice Weidemeyer,* and *W. W. Pryor* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.

No. 837. BETTS *v.* BRADY, WARDEN. February 16, 1942. Petition for writ of certiorari to Carroll T. Bond, a Judge of the State of Maryland, being a judge of the Court of Appeals of Maryland from the City of Baltimore, granted. Counsel are requested on the argument of this case to discuss the jurisdiction of this Court, particularly (1) whether the decision below is that of a court within the meaning of § 237 of the Judicial Code, and (2) whether state remedies, either by appeal or by application to other judges or any other state court, have been exhausted. *Messrs. William L. Marbury, Jr.* and *Jesse Slingluff, Jr.* for petitioner. *Mr. William C. Walsh,* Attorney General of Maryland, for respondent.

No. 939. OVERNIGHT MOTOR TRANSPORTATION Co., INC. *v.* MISSEL. February 16, 1942. Petition for writ